No. 94–6947. HUNT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–6958. HOWARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6968. RONCALE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6983. SPRIGGS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7029. GARCIA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7030. FENNIE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7031. GREEN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7039. BACON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–7062. KLEINSCHMIDT *v.* WEHBY. Sup. Ct. Fla. Certiorari denied.

No. 94–7070. GARCIA PIADARES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–7074. WILEY *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–7078. MAINS *v.* LIRA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–7079. BROOKS *v.* O'LEARY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–7087. BLEICKEN *v.* COOS COUNTY SUPERIOR COURT. C. A. 1st Cir. Certiorari denied.

No. 94–7088. BERNIARD *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 94–7089. MCNAIR *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.